# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC J. HARTMANN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | Civil No. 17-cv-001-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Eric J. Hartmann.

DATED: September 25, 2017

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY:** *s/Tina Gray,*
                                                    **Deputy Clerk**


**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**